**FILED**

MAR 1 9 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARIE GABRIELLE NOUTAT, )
)
        Plaintiff, )
)
        v. )     Civil Action No.  **12 0415**
)
CYNTHIA BASNIGHT, )
)
        Defendant. )

## MEMORANDUM OPINION

This matter is before the Court on consideration of the plaintiff's application to proceed *in forma pauperis* and her *pro se* complaint. The application will be granted, and the complaint will be dismissed.

On November 22, 2011, the plaintiff was involved in a motor vehicle accident allegedly caused by the defendant. The plaintiff demands an award of $4466.90, the estimated cost for repairs to her vehicle.

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). This complaint neither states a federal claim nor establishes diversity of citizenship of the parties. Accordingly, the Court will dismiss this action for lack of subject matter jurisdiction. An Order consistent with this Memorandum Opinion is issued separately.

DATE: 3/14/12

_____
United States District Judge